

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00416-CR

Jonathan Bates **NUNEMAKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 23-07-14823-CR
Honorable Daniel J. Kindred, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: September 18, 2024

DISMISSED

On August 26, 2024, appellant filed a motion to dismiss this appeal. The motion is signed by both appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We grant appellant's motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH